# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARGARET A. GROTTS,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>Defendant. | Civil No. 17-cv-031-JGP-CJP |

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence **four** of **42 U.S.C. §405(g).**

Judgment is entered in favor of plaintiff Margaret A. Grotts and against defendant Nancy A. Berryhill, Acting Commissioner of Social Security.

DATED: 8/9/2017

> **JUSTINE FLANAGAN,**
> **Acting Clerk of Court**
>
> BY: *s/Tina Gray*, **Deputy Clerk**

**Approved:**
*s/J. Phil Gilbert*
**J. Phil Gilbert**
**U.S. District Judge**